```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| WILLIE C. CARTER, JR., | Civil Action |
| Plaintiff, | No. 16-6001 (JBS-AMD) |
| v. | |
| CAMDEN COUNTY JAIL, | **MEMORANDUM OPINION** |
| Defendant. | |

**SIMANDLE, Chief District Judge**

    Plaintiff Willie C. Carter, Jr., seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-2.

    Plaintiff did not complete the application. He indicates he receives a pension on a monthly basis, but does not include the amount. *Id.* at 2. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a completed IFP application, or the $350 filing fee and $50 administrative fee before the complaint will be filed.

    An appropriate order follows.

| | |
|---|---|
|   **October 7, 2016**   |   **s/ Jerome B. Simandle**   |
| Date | JEROME B. SIMANDLE |
| | Chief U.S. District Judge |